IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

YOLANDA MOLINA and
GRANVILLE SENTERS,

           Plaintiffs,

v.                                CIVIL ACTION NO.  3:19-0516

GENESIS HEALTHCARE, LLC and
590 NORTH POPLAR FORK ROAD
OPERATIONS, LLC,

           Defendants.

**ORDER APPROVING SETTLEMENT AGREEMENT
AND DISMISSING CASE WITH PREJUDICE**

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, et seq. Plaintiffs also allege claims under the West Virginia Wage Payment and Collection Act. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement and for Order of Dismissal with Prejudice ("Joint Motion") of the Parties for the approval of their compromise and settlement of this action. ECF No. 17.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the Settlement Agreement. The Court is of the opinion that there is a bona fide dispute over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. In light of this legitimate dispute, the Court is of the opinion that the Settlement Agreement reflects a fair and reasonable resolution of this bona fide dispute. Consequently, the Court orders as follows:

-2-

1. The Court **GRANTS** the Parties' Joint Motion (ECF No. 17).

2. The Court **APPROVES** the form of the Settlement Agreement.

3. The case is hereby **DISMISSED WITH PREJUDICE** with each party to bear their own expenses and attorneys' fees as provided in the Settlement Agreement.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTERED:   September 21, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE